## State of New York
## Supreme Court, Appellate Division
## Third Judicial Department

Decided and Entered: June 23, 2016            521889
_____

In the Matter of TONY WILLIAMS,
                Petitioner,

      v                           MEMORANDUM AND JUDGMENT

DONALD VENETTOZZI, as Acting
    Director of Special Housing
    and Inmate Disciplinary
    Programs,
                Respondent.
_____

Calendar Date: May 3, 2016

Before: Peters, P.J., Garry, Lynch, Devine and Aarons, JJ.

_____

Tony Williams, Auburn, petitioner pro se.

Eric T. Schneiderman, Attorney General, Albany (Marcus J. Mastracco of counsel), for respondent.

_____

Proceeding pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, entered in Albany County) to review a determination of the Commissioner of Corrections and Community Supervision finding petitioner guilty of violating a prison disciplinary rule.

Petitioner commenced this CPLR article 78 proceeding challenging a prison disciplinary determination. The Attorney General has advised this Court that the determination has been administratively reversed, all references thereto have been expunged from petitioner's institutional record and the mandatory $5 surcharge has been refunded to petitioner's inmate account. In view of this, petitioner has received all of the relief to which he is entitled and the petition must be dismissed as moot

(see <u>Matter of Vail v Bedard</u>, 136 AD3d 1096 [2016]; <u>Matter of Kagan v Lewin</u>, 134 AD3d 1386 [2015]).

Peters, P.J., Garry, Lynch, Devine and Aarons, JJ., concur.

ADJUDGED that the petition is dismissed, as moot, without costs.

ENTER:

Robert D. Mayberger
Clerk of the Court